UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUSTIN ALEXANDER ELLISON, | ) | CASE NO. CV 09-0148-VBF (PJW) |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| CALIFORNIA, | ) | |
| Defendant. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:   March 18, 2010  .

*Valerie Baker Fairbank*
VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\JUDGMENT79.wpd